UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWARD E. KOPKO,

          PLAINTIFF,

          V.

VICTORY CAPITAL MANAGEMENT, INC.,

          DEFENDANT.

**NOTICE OF REMOVAL**

CASE NO.: 3:23-cv-00906 (DNH/ML)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

    **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1331 and the local rules, the party named here as the Defendant, Victory Capital Management, Inc. ("Victory Capital"), hereby gives notice of removal of this action from the Supreme Court of the State of New York, Tompkins County, Index No. EF2023-0422, to the United States District Court for the Northern District of New York on the basis of federal question jurisdiction. A short and plain statement of the grounds for removal is as follows:

    1.    On July 5, 2023, plaintiff Edward E. Kopko ("the Plaintiff") filed a Summons with Notice in the Supreme Court of the State of New York, Tompkins County, captioned EDWARD E. KOPKO V. VICTORY CAPITAL MANAGEMENT, INC. A true and accurate copy of the Summons with Notice is attached hereto as Exhibit 1.

    2.    On July 11, 2023, the Plaintiff filed an affidavit of service which represented that Victory Capital was served on July 7, 2023 through CSC. A true and accurate copy of the Affidavit of Service is attached hereto as Exhibit 2.

3. There has been no process, pleadings, or orders other than the Summons with Notice and Affidavit of Service. A true and accurate copy of the docket is attached hereto as Exhibit 3.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of service of the Summons with Notice.

5. The grounds for removal are that pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because the Summons with Notice alleges, in relevant part, "breach of federal" laws and "violation of the Securities Exchange Act." (Ex. 1.)

6. Venue is proper because the United States District Court for the Northern District of New York is the district embracing the place where the state court action is pending.

7. In accordance with 28 U.S.C. § 1446 and this Court's local rules, Victory Capital will promptly file a copy of this Notice of Removal with the clerk of the Supreme Court of the State of New York for Tompkins County, serve a copy of this Notice of Removal on the Plaintiff along with the documents required by this Court's local rules, and file with this Court a Certificate of Service.

8. By filing this Notice of Removal, defendants are not waiving service or any defenses, arguments, principles of equity, or any right to file a motion under Rule 12(b) of the Federal Rules of Civil Procedure or under any other rule.

THEREFORE, all parties to the civil action filed in the Supreme Court of the State of New York, Tompkins County bearing Index No. EF2023-0422 are hereby notified that, effective upon written notice to all adverse parties of the filing of this Notice of Removal and the filing of a copy of this Notice of Removal with the clerk of the state court, the action is removed to the United States District Court, Northern District of New York.

Dated: Buffalo, New York
July 26, 2023

HARTER SECREST & EMERY LLP

By: /s/ Patrick Tomovic
Patrick Tomovic, Esq.
Lauren R. Mendolera, Esq.
*Attorneys for the Party Named as Defendant*
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202
Telephone: (716) 853-1616
ptomovic@hselaw.com
lmendolera@hselaw.com

To: Edward E. Kopko, Esq.
*Attorney for Plaintiff*
Edward E. Kopko, Lawyer, P.C.
308 North Tioga Street, 2nd Floor
Ithaca, New York 14850
Telephone: (607) 269-1300
office@kopko.law
ekopko@kopko.law