UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Esq.
Edward E. Kopko, Lawyer, P.C.,
106 East Court Street
Ithaca, New York 14850
607.269.1300; 607.269.1301 fax
office@kopko.law

| | |
|---|---|
| EDWARD E. KOPKO<br><br>        Plaintiff,<br><br>v.<br><br>VICTORY CAPITAL TRANSFER AGENCY, INC.,<br><br>        Defendant. | Case No. 3:23-cv-00906 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Fed.R.Civ.P. 41(a)(1), all the parties, by and through their respective counsel, hereby voluntarily stipulate to the dismissal of this action, together with any and all claims, counterclaims, cross-claims, affirmative defenses, and third-party claims, with prejudice. Each party shall bear their respective costs.

_____
Edward E. Kopko
Edward E. Kopko, Lawyer, P.C.
106 East Court Street
Ithaca, New York 14850
T: 607.269.1300; F: 607.269.1301
office@kopko.law
Date: Monday, June 10, 2024

_____
Lauren Mendolera, Esq.
Harter Secrest & Emery, LLP
50 Fountain Plaza, Ste 100
Buffalo, New York 14202
T :716.544.3758 ; F: 716.853.1617
lmendolera@hselaw.com
Date: \_\_\_June 10, 2024_____

SO ORDERED:

_____
The Honorable Miroslav Lovric